IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>JOHN EDWARD MCKNIGHT,<br><br>      Debtor,<br><br>REGIONAL ACCEPTANCE CORPORATION<br><br>      Movant,<br><br>   v.<br><br>JOHN EDWARD MCKNIGHT, and<br>WILLIAM C. MILLER, Chapter 13 Trustee.<br><br>      Respondents. | Bankruptcy No. 18-16078-jkf<br><br>Chapter 13<br><br>Related to Document Nos. 21, 22 |

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that on the 22nd day of October 2018, I served a copy of the Motion for Relief from the Automatic Stay (filed at Document No. 21) and a copy of the Notice of Motion, Response Deadline and Hearing Date on Motion (filed at Document No. 22) by first class U.S. Mail, postage prepaid or electronic mail at the following addresses:

John Edward McKnight
*Pro Se*
40 N Bonsall Ave.
Glenolden, PA 19036

William C. Miller
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

U.S. Trustee
United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

and:

      Service by CM/ECF electronic notification on all parties registered to receive electronic notification.

      By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. #91298
kebeck@bernsteinlaw.com
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax: (412) 456-8135

*Counsel for Regional Acceptance Corporation*