IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 18-16078-jkf |
|---|---|
| JOHN EDWARD MCKNIGHT, | |
| Debtor, | Chapter 13 |
| REGIONAL ACCEPTANCE CORPORATION | Document No. |
| Movant, | |
| v. | |
| JOHN EDWARD MCKNIGHT, and WILLIAM C. MILLER, Chapter 13 Trustee. | |
| Respondents. | |

ORDER OF COURT

AND NOW, this 15th day of November, 2018, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

a. Relief from the Automatic Stay is granted as to the interest of Regional Acceptance Corporation in the 2013 Buick Verano Sedan 4D 2.4L I4, VIN 1G4PP5SK0D4131509; and,

b. Debtor shall disclose the location of the Vehicle and cooperate with its surrender; and,

c. Regional Acceptance Corporation's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted

BY THE COURT:

_____
Honorable Jean K. FitzSimon
U.S. Bankruptcy Court Judge