United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 18-16078-jkf
John Edward McKnight                                            Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 1          Date Rcvd: Nov 15, 2018
                               Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2018.
db         +John Edward McKnight,   40 N Bonsall Ave.,   Glenolden, PA 19036-1311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2018 at the address(es) listed below:
        KERI P EBECK   on behalf of Creditor   Regional Acceptance Corporation kebeck@bernsteinlaw.com,
         DMcKay@bernsteinlaw.com
        REBECCA ANN SOLARZ   on behalf of Creditor   New Penn Financial LLC d/b/a Shellpoint Mortgage
         Servicing bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM   MILLER*R   ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
        WILLIAM   MILLER*R   on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
         ECF_FRPA@Trustee13.com
                                                                                                                                              TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>JOHN EDWARD MCKNIGHT,<br><br>      Debtor,<br><br>REGIONAL ACCEPTANCE CORPORATION<br><br>      Movant,<br><br>   v.<br><br>JOHN EDWARD MCKNIGHT, and<br>WILLIAM C. MILLER, Chapter 13 Trustee.<br><br>      Respondents. | Bankruptcy No. 18-16078-jkf<br><br>Chapter 13<br><br>Document No. |

## ORDER OF COURT

AND NOW, this 15th day of November, 2018, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

    a.    Relief from the Automatic Stay is granted as to the interest of Regional Acceptance Corporation in the 2013 Buick Verano Sedan 4D 2.4L I4, VIN 1G4PP5SK0D4131509; and,

    b.    Debtor shall disclose the location of the Vehicle and cooperate with its surrender; and,

    c.    Regional Acceptance Corporation's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted

BY THE COURT:

_____
Honorable Jean K. FitzSimon
U.S. Bankruptcy Court Judge