United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                    Case No. 18-16078-jkf
John Edward McKnight                                      Chapter 13
     Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Virginia              Page 1 of 1                  Date Rcvd: May 13, 2020
                              Form ID: pdf900             Total Noticed: 15
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2020.
db             +John Edward McKnight,    40 N Bonsall Ave.,    Glenolden, PA 19036-1311
14197849       +Ditech Home Loans,    P.O. Box 6172,    Rapid City SD 57709-6172
14233050        New Penn Financial, LLC,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville, SC 29603-0826
14197839       +PNC Bank,    P.O. Box 3180,    Pittsburgh PA 15230-3180
14197848       +Shellpoint,    55 Beattie Place,    Suite 600,    Greenville SC 29601-2165

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov May 14 2020 03:53:02     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 14 2020 03:52:37
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 14 2020 03:52:58     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14197851       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 14 2020 03:54:38     Capital One,
                 P.O. Box 30281,    Salt Lake City UT 84130-0281
14197842       +E-mail/Text: ebnnotifications@creditacceptance.com May 14 2020 03:52:20     Credit Acceptance,
                 Credit Dispute Dept.,    P.O. Box 5070,    Southfield MI 48086-5070
14197841       +E-mail/PDF: creditonebknotifications@resurgent.com May 14 2020 03:54:41     Credit One,
                 P.O. Box 98872,    Las Vegas NV 89193-8872
14197840       +E-mail/PDF: resurgentbknotifications@resurgent.com May 14 2020 03:54:42     LVNV Funding,
                 c/o Resurgent Capital Services,    P.O. Box 1269,    Greenville SC 29602-1269
14207004        E-mail/PDF: resurgentbknotifications@resurgent.com May 14 2020 03:54:42
                 LVNV Funding, LLC its successors and assigns as,     assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14197850       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM May 14 2020 03:55:15     Regional Acceptance,
                 621 West New Port Pike,    Wilmington DE 19804-3235
14203171        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM May 14 2020 03:55:15     Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14202562       New Penn Financial LLC,    dba Shellpoint Mortgage Servicing,    c/o Rebecca A. Solarz, Esq.
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2020 at the address(es) listed below:
          KERI P EBECK    on behalf of Creditor    Regional Acceptance Corporation kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
          REBECCA ANN SOLARZ    on behalf of Creditor    New Penn Financial LLC d/b/a Shellpoint Mortgage
           Servicing bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
           bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
           ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                          :

JOHN EDWARD   MC KNIGHT

                                                                : Chapter 13

        Debtor(s)                                   : Bankruptcy No. 18-16078JKF

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is **ORDERED** that the case is **DISMISSED**.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the date of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

BY THE COURT

**Date: May 13, 2020**

_____
Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

PRO SE DEBTOR(S)
See Debtor Label
       -

JOHN EDWARD   MC KNIGHT
40 N BONSALL AVE
GLENOLDEN, PA 19036